# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 4:20-cr-48 |
| | ) |
| CRAIG BEASON | ) |

## NOTICE OF RELATED CASES AND MOTION TO CONSOLIDATE

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT SEAN D. JORDAN:**

COMES NOW, Defendant **CRAIG BEASON**, by and through his undersigned attorney, files this his NOTICE OF RELATED CASES AND MOTION TO CONSOLIDATE and would show unto the Court the following:

1) Defendant Craig Beason has been charged with related criminal acts. These acts are pending before this Court and before Judge Mazzant. Defendant has been charged in cause numbers:

- 4:19-cr-00254 (filed 10/8/2019) (Judge Mazzant)
- 4:20-cr-000029 (filed 02/12/2020) (Judge Mazzant)
- 4:20-cr-000031 (filed 02/12/2020) (Judge Mazzant)
- 4:20-cr-000037 (filed 02/12/2020) (Judge Mazzant)
- 4:20-cr-000038 (filed 02/12/2020) (Judge Mazzant)
- 4:20-cr-000047 (filed 02/12/2020) (Judge Jordan)
- 4:20-cr-000048 (filed 02/12/2020) (Judge Jordan)
- 4:20-cr-000055 (filed 02/12/2020) (Judge Jordan)

2) Mr. Beason files this notice in the interest of judicial economy and in the interest of an expeditious resolution of his cases.

3) Mr. Beason asks this Court to transfer or consolidate this case and the two related cases that were assigned to this Court (4:20-CR-55 and 4:20-CR-47) to Judge Mazzant's Court. Issues such as discovery, pre-trial deadlines, and sentencing, should all be heard by one District Judge to avoid duplicated effort and/or inconsistent rulings. Additionally, consolidating all the cases in one District Court will provide all counsel a better avenue to make effective and cohesive strategic decisions.

4) Because the first case (4:19-CR-254) was filed many months before the rest of the cases, this first case has advanced substantially. This first case was randomly assigned to Judge Mazzant's Court. Because of the work that has occurred in this first case, counsel for Defendant believes that Judge Mazzant's Court is the proper Court to hear all of these related cases. Further, the majority of the cases are already in Judge Mazzant's Court. Counsel for Defendant asks that in the interest of judicial economy and an expeditious resolution of these cases that the cases pending in this Court be transferred to Judge Mazzant's Court.

**WHEREFORE PREMISES CONSIDERED**, Defendant respectfully requests that the Court grant all relief requested herein.

Respectfully submitted,

/s/ Scott H. Palmer
Scott Palmer
Texas State Bar No. 00797196
15455 Dallas Parkway
Suite 540
Addison Tx, 75001
214.987.4100
Fax 214.922.9900
**Attorney for Defendant**

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 11th day of May 2020 I conferred with Assistance United States Attorney Anand Varadarajan who was unopposed to the filing of this motion and the relief sought. On May 12, 2020, I spoke with Keith Willeford, Attorney for Defendant Angela Johnson.  Mr. Willeford was not opposed to this motion or the relief sought herein.

/s/ Scott H. Palmer
Scott H. Palmer

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May 2020 I filed this motion and served the same on all parties of record through the ECF filing system.

/s/ Scott H. Palmer
Scott H. Palmer