**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:20-cr-00048** |
| | § | |
| **CRAIG BEASON** | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

Came on to be considered the Defendant's Notice of Related Case and Motion to Consolidate.  The Court acknowledges the notice of related cases and notes that related or associated case 4:19CR254 was the first to be filed and assigned and was assigned to United States District Judge Amos Mazzant.

The Court finds the motion to consolidate is unopposed.  Upon consideration of the motion, it is hereby GRANTED.

This case is hereby transferred to United States District Judge Amos Mazzant's Court to be consolidated with the other associated cases involving Mr. Beason.